William S. Weinstein, Bar #6889
Weinstein & Riley, PS
2001 Western Avenue, Suite 400
Seattle, WA 98121
Phone: (206) 269-3490

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>Kelly M. and Reed G. Smith,<br><br>    Debtors.<br><br>Wells Fargo Bank, N.A.,<br><br>    Plaintiff,<br><br>v.<br><br>Kelly M. Smith,<br><br>    Defendant. | Bankruptcy Case No. 07-00915-TLM<br><br>Adversary No.<br><br>**COMPLAINT OBJECTING TO DISCHARGEABILITY OF INDEBTEDNESS**<br>**(11 U.S.C. § 523)** |

COMES NOW Plaintiff, by and through its attorney of record, William S. Weinstein, to allege and complain as follows:

### I. PARTIES AND JURISDICTION

1. Plaintiff is a foreign corporation licensed to do business in the State of Idaho with all fees and licenses paid, and otherwise is entitled to bring this action.

2. Defendant filed a Chapter 7 bankruptcy petition on June 7, 2007.

3. Jurisdiction is vested in this proceeding pursuant to 28 U.S.C. § 157, 28 U.S.C. § 1334, and 11 U.S.C. § 523; this proceeding is a core matter.

4. Plaintiff is a creditor in this bankruptcy proceeding.

Page 1 – COMPLAINT
OBJECTING TO
DISCHARGEABILITY
OF INDEBTEDNESS
XXXXXXXXXXXX9477

William S. Weinstein
Weinstein & Riley, PS
2001 Western Avenue, Suite 400
Seattle, WA 98121
Phone: (206) 269-3490

## II. CAUSE OF ACTION

5. Plaintiff re-alleges and incorporates by reference the allegations set forth in paragraphs 1 through 4, above.

6. Defendant had a charge account with Wells Fargo Bank, N.A., Account No. XXXXXXXXXXXX9477.

7. Defendant incurred charges and cash advances on this account totaling $15,290.16, including interest, as of June 7, 2007, the date the bankruptcy petition was filed.

8. Between March 29, 2007 and April 30, 2007, Defendant accumulated $11,382.00 in retail charges.

9. Between March 29, 2007 and April 30, 2007, Defendant incurred $490.00 in cash advance and/or convenience check charges.

10. $11,872.00 of these transactions were made within the presumption period.

11. Defendant's debt is a "consumer debt", as defined by 11 U.S.C.§ 101(8).

12. By obtaining and/or accepting an extension of credit from Plaintiff and incurring charges on the account, Defendant represented an intention to repay the amounts charged.

13. Plaintiff reasonably relied on the representations made by Defendant.

14. Defendant incurred the debts when Defendant had no ability or objective intent to repay them.

15. Defendant obtained credit extended from Plaintiff by false pretenses, false representations, and/or actual fraud.

Page 2 – COMPLAINT
OBJECTING TO
DISCHARGEABILITY
OF INDEBTEDNESS
XXXXXXXXXXXX9477

William S. Weinstein
Weinstein & Riley, PS
2001 Western Avenue, Suite 400
Seattle, WA 98121
Phone: (206) 269-3490

16. As a result of Defendant's conduct, Plaintiff has suffered damages in the amount of $11,872.00.

17. Pursuant to 11 USC § 523(a)(2), Defendant should not be granted a discharge of this debt to the Plaintiff in the amount of $11,872.00.

### III. PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that this Court grant the following relief:

1. A monetary judgment against Defendant in the amount of $11,872.00 plus accrued interest at the contractual rate from and after June 7, 2007, plus additional interest at the contractual rate, which will continue to accrue until the date of judgment herein;

2. An order determining that such debt is non-dischargeable under 11 USC § 523(a)(2);

3. An order awarding Plaintiff its attorneys' fees and costs incurred herein; and

4. An order awarding Plaintiff such additional relief as this Court deems just and equitable.

DATED August 31, 2007

_____
William S. Weinstein, State Bar #6889
Attorney for Plaintiff

Page 3 – COMPLAINT
OBJECTING TO
DISCHARGEABILITY
OF INDEBTEDNESS
XXXXXXXXXXXX9477

William S. Weinstein
Weinstein & Riley, PS
2001 Western Avenue, Suite 400
Seattle, WA 98121
Phone: (206) 269-3490