Randal J. French
BAUER & FRENCH
1501 Tyrell Lane
Post Office Box 2730
Boise, Idaho 83701-2730
Telephone (208) 383-0090
Facsimile 383-0412
E-Mail rfrench@bauerandfrench.com
  ISB No. 3032

Attorneys for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In Re: ) | |
| ) | |
| SMITH, REED & KELLY, ) | Adversary Case No. 07-06042 |
| ) | |
| Debtors. ) | |
| ) | |
| ) | **STIPULATION TO DISMISS** |
| Wells Fargo Bank, N.A., ) | **ADVERSARY PROCEEDING WITH** |
| ) | **PREJUDICE** |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Bkr. Case No. 07-00915-TLM |
| Kelly M. Smith, ) | Chapter 7 |
| ) | |
| Defendant. ) | |
| ) | |

   COME NOW the Plaintiff, Wells Fargo Bank, N.A., by and through its counsel of record, William S. Weinstein of the firm of Weinstein & Riley, P.S., and Defendant, Kelly M. Smith, by and through her counsel of record, Randal J. French of the firm of Bauer & French, and do hereby stipulate and agree as follows:

   1.  The case, including all claims, counterclaims and defenses, shall be dismissed with prejudice pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure and Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

   2.  The cause of action pled in the Plaintiff's complaint sought relief under 11 U.S.C. § 523(a) and there was no relief requested under 11 U.S.C. § 727(a), (d) or (e) and therefore

notice to the Trustee or U.S. Trustee is not mandated under Rule 7041 of the Federal Rules of Bankruptcy Procedure.

    3.    As between each other, Plaintiff and Defendant shall bear their own attorney fees and costs incurred in the above-entitled adversary proceeding and shall make no claim against each other for any additional costs or attorney fees.

| DATED: 11/06/07 | DATED: 11/06/07 |
|---|---|
| WEINSTEIN & RILEY, P.S. | BAUER & FRENCH |
| /s/ | /s/ |
| William S. Weinstein of the firm, Attorney for Plaintiff | Randal J. French of the firm, Attorney for Defendant |

### CERTIFICATION OF SERVICE

I hereby certify that on the __7__ day of November, 2007, a true and correct copy of the foregoing was served upon:

| | |
|---|---|
| Glenn D. Miller<br>Weinstein & Riley, PS<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121-2163 | ☐ First Class Mail<br>☐ Hand Delivery<br>☒ Electronic Notice<br>☐ Facsimile |

/s/
Randal J. French

STIPULATION TO DISMISS ADVERSARY PROCEEDING WITH PREJUDICE, p. 2
Stip to Dismiss\nrg\110707